Opinion filed March 11, 1935. Re-
hearing stricken March 25, 1935.

Harrington & McDonnell, for appellants; Joseph T. Harrington, of
counsel. Thomas J. Courtney, State's Attorney, and William H.
Sexton, Corporation Counsel, for appellees; William J. Tuohy, Jacob
Shamberg, Brendan J. O'Brien and Gerald E. Hornidge, Assistant
State's Attorneys, Otto F. Weiner and William V. Daly, Assistant
Corporation Counsel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**George Bambakaris, appellee, v. L. O. Thieme, trading as L. O.
Thieme and Company, appellant. Gen. No. 37,879.**

 Opinion filed March 11, 1935.

William H. Herbert, for appellant. Ader & Ader, for appellee;
David B. Rothstein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Dora H. Preston, appellant, v. Henry P. Knight, appellee. Gen.
No. 37,901.**

 Opinion filed March 11, 1935.

A. V. Smith and Ray E. Thomas, for appellant; Miller, Gorham,
Wales & Adams, for appellee; Edward R. Adams and Herbert C.
DeYoung, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Waleria Kasprzyk, appellee, v. Rose Belakiewicz et al., appellant.
Gen. No. 37,945.**

 Opinion filed
March 11, 1935. Rehearing denied March 25, 1935.

Danaher & Garriott, for appellant. Joseph F. Elward, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Seymour
Stedman et al., plaintiffs in error. Gen. No. 37,210.**

 Opinion filed March 11,
1935.

A. C. Lewis and E. S. Feinstein, for plaintiffs in error. Thomas J.
Courtney, State's Attorney, for defendant in error; Edward E. Wil-